IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ANDRE DUBOIS ) <br> _____) | CRIMINAL ACTION NO. <br><br> 1:20-CR-305-WMR-JKL |

NOTICE OF APPEAL

Now comes the Defendant, ANDRE DUBOIS, and respectfully appeals his conviction after jury trial and sentence imposed by this Court on or about March 1, 2022 (Doc. 101 minute entry, 102) to the United States Court of Appeals for the Eleventh Circuit.

Dated:   This 14th day of March, 2022.

                                                                Respectfully submitted,

                                                                 /s/ *Nicole M. Kaplan*
                                                                 NICOLE M. KAPLAN
                                                                 Georgia State Bar No. 382495
                                                                 Attorney For Mr. Dubois

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Nicole_Kaplan@fd.org